613 A.2d 538

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Annette RUIZ, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 8, 1992.

Decided June 17, 1992.

Norris E. Gelman, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

For the reasons stated in the opinion filed in *Commonwealth v. Corporan*, —— Pa. ——, 613 A.2d 530 (1992), we affirm.

ZAPPALA, J., concurs in the result.

CAPPY, J., notes his dissent.